UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JACK P. MCLAUGHLIN,<br><br>                        Plaintiff<br><br>    v.<br><br>JAMES DZURENDA et al.,<br><br>                        Defendants | Case No. 3:17-cv-00290-RCJ-WGC<br><br>ORDER |

      Plaintiff has until Friday, May 22, 2020, to file an application to proceed *in forma pauperis* by a non-prisoner or pay the full filing fee of $400. If Plaintiff fails to file an application or pay the full filing fee by that date, the Court will dismiss this case with prejudice.

      For the foregoing reasons, it is ordered that the Clerk of the Court send Plaintiff a courtesy copy of this Court's February 27, 2020, order (ECF No. 10).

      It is further ordered that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

      It is further ordered that on or before Friday, May 22, 2020, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

      It is further ordered that, if Plaintiff fails to timely comply with this order, the Court will dismiss this case with prejudice

      DATED: April 28, 2020.

                                                           */s/ William G. Cobb*
                                                          UNITED STATES MAGISTRATE JUDGE